# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PAULINA QUINTANILLA VALDIVIA,

        Plaintiff,

-vs-                                              Case No. 6:06-cv-170-Orl-28JGG

SUPERIOR HOTELS, INC., UDAY PARMER,

        Defendants.

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 31) filed April 17, 2007 and the Supplemental Motion to Approve Settlement (Doc. No. 34) filed May 4, 2007. The United States Magistrate Judge has submitted a report recommending that the motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 19, 2007 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion to Approve Settlement (Doc. No. 31) and the Supplemental Motion to Approve Settlement (Doc. No. 34) are **GRANTED**.

3. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA issues and is **APPROVED**.

4. The Court declines to retain jurisdiction to enforce the settlement.

5. This case is dismissed with prejudice and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 17 day of July, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party